ACCEPTED
04-14-00667-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/12/2015 3:11:56 PM
KEITH HOTTLE
CLERK

# LAW OFFICES OF KEITH P. MILLER, P.C.

## *ATTORNEYS & COUNSELORS AT LAW*

14350 NORTHBROOK, SUITE 150
SAN ANTONIO, TEXAS 78232
TELEPHONE 210.524.9040
FACSIMILE 210.267.2982

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

03/12/2015 3:11:56 PM

KEITH HOTTLE
Clerk
MEGAN KUCERA

March 12, 2015

Kendall County Clerk
201 E. San Antonio Street
Boerne, TX 78006

Kendall County District Clerk
201 E. San Antonio St.
Boerne, TX 78006

Honorable Polly Jackson Spencer
Bexar County Probate Court No. 1
100 Dolorosa
San Antonio, TX 78205

Comal County District Clerk
150 N. Seguin, Ste. 304
New Braunfels, TX 78130

Honorable Tom Rickhoff
Bexar County Probate Court No. 2
100 Dolorosa
San Antonio, TX 78205

Justice of the Peace, Pct. 3
22333 Grand Corner Drive
Katy, Texas 77494

Justice of the Peace, Pct. 3
22333 Grand Corner Drive
Katy, Texas 77494

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

Harris County District Clerk
P.O. Box 4651
Houston, Texas 77210-4651

Bexar County Court No. 2
Civil Central Filing
100 Dolorosa
Suite 104
San Antonio, TX 78205

Travis County District Clerk
P.O. Box 679003
Austin, TX 78767-9003

Re: Notification of Vacation

Dear Ladies and Gentlemen:

Please be advised that I will be on vacation and unavailable for hearings, settings or trial on the following dates:

July 15, 2015 – July 31, 2015

Please do not set any hearings or trials during this time period in the causes in which I appear of counsel.

If you should have any questions please, don't hesitate to contact me.

Cordially,

/s/ Keith P. Miller

Keith P. Miller

KPM/jas